James L. Voorhees and Others, Appellants, v. Horace K. White and Others, as Executors of and Trustees under the Last Will of Frederick D. White, Deceased, and Andrew Dickson White, 2nd, Respondents.— Judgment and order affirmed, with costs. All concurred.

Modern Laundry Company, Respondent, v. Mohn and Hunter Company, Appellant, Impleaded with American Palace Steam Laundry.— Interlocutory judgment affirmed, with costs, with leave to the defendant appellant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

The Town of Irondequoit of Monroe County, New York, Respondent, v. Sepharine Costich, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented upon the ground that the ordinance is invalid.

Joseph Patti and Others, Appellants, v. Buffalo and Lake Erie Traction Company, Respondent.— Judgment and order affirmed, with costs. New trial to be had on June 2, 1910, at ten A. M. All concurred.

Bernhard Miller, Plaintiff, v. Lackawanna Steel Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred.

Michael M. Callahan, Respondent, v. The Erie Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred.